MMS:MMS
AO 442 (Rev. 11/11) Arrest Warrant

2022R00548

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

Case No. 22-mj-1022 DTS

RIVER WILLIAM SMITH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RIVER WILLIAM SMITH,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment  ___ Superseding Indictment  ___ Information  ___ Superseding Information  _X_ Complaint
___ Probation Violation Petition  ___ Supervised Release Violation Petition  ___ Violation Notice  ___ Order of the Court

### Count 1

On or about December 14, 2022, in Scott County, in the State and District of Minnesota, defendant knowingly possessed a machine gun in violation of Title 18, United States Code, Section 922(o).

### Count 2

On or about December 14, 2022, in Scott County, in the State and District of Minnesota, defendant attempted to receive and possess destructive devices, as defined in Title 26, United States Code, Section 5845(a), that is, three explosive grenades, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

Date: December 14, 2022

_David T. Schultz_
*Issuing officer's signature*

City and State: Minneapolis, MN

David T. Schultz
United States Magistrate Judge
*Printed Name and Title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*